UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Steven E. Greer,

    Plaintiff,

v.

Hilton Worldwide Holdings Inc.;
Christopher Nassetta;
Shaner Hotel Group Limited Partnership;
Lisa Larson;
Robert Hoying;
Brent Crawford;
Noble Park Properties LLC;

    Defendants

Case No. 2:25-cv-14329-AMC



FILED BY WC D.C.

SEP 2 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. FLA. - FT. PIERCE

## NOTICE of DISMISSAL

## **NOTICE of DISMISSAL**

Plaintiff gives notice of dismissal of the Complaint (ECF 1), per Federal Rule of Civil Procedure 41(a)(1)(A)(i). "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". Here, the Complaint has not been served to any party and no Answer or Response has been served.

This is a voluntary dismissal based on language in the Order (ECF 9). However, this dismissal in no way implies that Plaintiff agrees that this S.D. Florida Court does not have personal jurisdiction over all of the defendants, as detailed in the Complaint (¶¶ 41-50).

- RICO statute specifically provides for personal jurisdiction to Crawford and Hoying. (see § 1965(b) – and the "Ends of Justice" clause).
- Plaintiff is domiciled in Florida, as are his business, to which the RICO damage was done.
- The actions involved Florida, not Ohio, because the damage was done to a Florida business target of RICO extortion (i.e., Greer's).
- Hilton and Shaner have extensive business presences in Florida, thus satisfying Florida law on personal jurisdiction. In addition, § 1965 "ends of earth" applies.

Nevertheless, Plaintiff appreciates the *sua sponte* Order that will prevent costly and apparently futile litigation in this Court.

Respectfully submitted,

_Steven Greer_
Steven Greer, *pro se*
Phone (212) 945-7252
steve@greerjournal.com

Steven Greer, MD
10367 SW Green Turtle LN
Port Saint Lucie, FL 34987

RECEIVED
SEP 22 2025
CLEARED
FILED

MIAMI FL 330
20 SEP 2025 PM 1 L


FOREVER/USA

Alto Lee Adams, Sr. United
States Courthouse
101 South U.S. Highway 1
Fort Pierce, FL 34950

34950-420901