UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14329-CIV-CANNON

**STEVEN GREER**,

    Plaintiff,

v.

**HILTON WORLDWIDE HOLDINGS, INC.**, *et al.*,

    Defendants.

_____/

<u>**ORDER CLOSING CASE**</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on September 22, 2025 [ECF No. 12].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective September 22, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 12].  The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of September 2025.

                                                                  **AILEEN M. CANNON**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record